A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

49 So.2d 926

### Herman OLDEN v. STATE.
### 6 Div. 967.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 919

### Archie OLIVER v. STATE.
### 8 Div. 867.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

48 So.2d 892

### Archie OLIVER v. STATE.
### 8 Div. 940.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Circuit Court, Franklin County; W. H. Quillin, Judge.

Drunkenness on highway.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 893

### Roy Ford O'NEAL v. STATE.
### 8 Div. 925.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 893

### Roy O'NEAL v. STATE.
### 8 Div. 931.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 920

### Mrs. Roy O'NEAL v. STATE.
### 8 Div. 807.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.